SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR - 4 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SA14CR0157** |
| Plaintiff, | ) | CRIMINAL NO. |
| | ) | |
| vs. | ) | 18 U.S.C. § 666(a)(2): |
| | ) | Theft or Bribery Concerning Programs |
| **ALBERTO ACEVEDO, JR.,** | ) | Receiving Federal Funds. |
| Defendant. | ) | |

FB

## INFORMATION

The United States Attorney charges:

From in or about March 2013 through in or about December 2013, in the Western District of Texas, the defendant, **ALBERTO ACEVEDO, JR.,** did corruptly give, offer and agree to give anything of value to any person, with intent to influence and reward Angus Kelly McGinty, an agent of the State of Texas, a State government that received federal assistance in excess of $10,000 during the one-year period beginning January 1, 2013 and ending December 31, 2013, and Bexar County, Texas, a local government that received federal assistance in excess of $10,000 during the one-year period beginning January 1, 2013 and ending December 31, 2013, in connection with any business, transaction, and series of transactions of the State of Texas and Bexar County, Texas involving $5,000 and more.

All in violation of Title 18, United States Code, Section 666(a)(2).

ERIC HOLDER
United States Attorney General

STEVEN C. YARBROUGH
Acting United States Attorney
District of New Mexico

MARK A. SALTMAN
BROCK E. TAYLOR
Special Attorneys
555 S. Telshor, Suite 300
Las Cruces, New Mexico 88011