

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

FILED
MAR - 4 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> ALBERTO ACEVEDO, JR,  ) <br> ) <br> Defendant.  ) | SA14CR0157  <br> CRIMINAL NO. _____ |

## WAIVER OF INDICTMENT

**ALBERTO ACEVEDO JR.**, the above named defendant, who is accused of 18 U.S.C. § 666(a)(2): Theft or Bribery Concerning Programs Receiving Federal Funds, being advised of the nature of the charge and of the defendant's rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
**ALBERTO ACEVEDO, JR.**
Defendant

_____
Frank Perez
Attorney for Defendant

Date: _February 27, 2014_