SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: __x__   UNSEALED | | |
| COUNTY: BEXAR | DIVISION: San Antonio | JUDGE: FRED BIERY |
| DATE: March 7, 2014 | CT #: | FBI #: 194B-SA-2802320 |
| CASE NO: SA14-CR-157 FB | SPECIAL ATTORNEYS:<br>MARK A. SALTMAN & BROCK E. TAYLOR | |
| DEFENDANT: ALBERTO ACEVEDO, JR. | | DOB: ▇▇▇ |
| ADDRESS ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | |
| CITIZENSHIP: United States    INTERPRETER NEEDED: No    LANGUAGE: | | |
| DEFENSE ATTORNEY: FRANK PEREZ<br>ADDRESS: 9110 SCYENE RD., DALLAS, TEXAS 75227<br>EMPLOYED __xxx__    APPOINTED ___ | | |
| DEFENDANT IS: Not in Custody | | |
| DATE OF ARREST: | | BENCH WARRANT: No |
| PROSECUTION BY: INFORMATION | | |
| OFFENSE (Code and Description):<br>18 U.S.C. § 666(a)(2), that being Theft or Bribery Concerning Programs Receiving Federal Funds. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: NOT MORE THAN 10 YRS/$250,000/NOT MORE THAN 3 YR TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT | | |
| PENALTY IS MANDATORY: NO | | |
| REMARKS: FBI – MICHAEL D. CARLISLE | | |