

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2014 MAR 13 AM 7:03

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) | CIVIL ACTION NO. SA-14-CR-157-FB |
| ALBERTO ACEVEDO, JR., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER OF DISQUALIFICATION

Before the Court is the question of who should preside over this matter currently assigned to the undersigned's docket. Because of long existing neighborhood, professional and personal relationships with Court personnel, and pursuant to Title 28 U.S.C. § 455, I DISQUALIFY myself from this case. The Clerk of Court is DIRECTED to randomly assign this case to another Article III District Judge in the San Antonio Division, Western District of Texas.

Whether the setting for entry of plea on March 17, 2014 will be continued or not will be determined by the Judge to whom the case is assigned.

It is so ORDERED.

SIGNED this __13__ day of March, 2014.

FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE