UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:14-CR-00157(1)-FB |
| | § | |
| (1) Alberto Acevedo Jr. | § | |

## ORDER CANCELLING REARRAIGNMENT AND PLEA

  IT IS HEREBY ORDERED that the above entitled and numbered case having been set for REARRAIGNMENT AND PLEA on Monday, March 17, 2014 at 09:00 AM is hereby CANCELLED until further order of the court.

  IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

  IT IS SO ORDERED this 13th day of March, 2014.

_____
FRED BIERY
CHIEF U.S. DISTRICT JUDGE

Mark Aaron Saltman, Brock E. Taylor for USA
Frank A. Perez for Alberto Acevedo Jr.