SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| ALBERTO ACEVEDO, JR., | § | SA-14-CR-157-OLG |
| | § | |
| Defendant. | § | |

## ORDER

On this date came on to be considered the status of this cause. After reviewing the file in this case, the Court finds that it will recuse itself from any further proceedings.

Accordingly, it is hereby ORDERED that this action be removed from the docket of the undersigned and randomly reassigned to another Judge.

SIGNED this 13th day of March, 2014.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE