FILED

MAR 17 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | SA14CR0157-XR |
| vs. ) | CRIMINAL NO. CR0157-XR |
| ALBERTO ACEVEDO, JR, ) | |
| Defendant. ) | |

## WAIVER OF INDICTMENT

**ALBERTO ACEVEDO JR.**, the above named defendant, who is accused of 18 U.S.C. § 666(a)(2): Theft or Bribery Concerning Programs Receiving Federal Funds, being advised of the nature of the charge and of the defendant's rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
**ALBERTO ACEVEDO, JR.**
Defendant

_____
Frank Perez
Attorney for Defendant

Date: February 27, 2014

_____
Xavier Rodriguez
U.S. District Judge

Mar. 17, 2014