UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: SA:14-CR-00157(1)-XR |
| | § | |
| (1) ALBERTO ACEVEDO JR. | § | |

## WAIVER OF RULE 32 TIME LIMITS

Rule 32 of the Federal Rules of Criminal Procedure and Rule CR-32 of the Local Court Rules of the United States District Court for the Western District of Texas specify time limits for the disclosure and submission of the presentence report.

The Defendant and Government having been fully apprised of these time limits, hereby waive same pursuant to F.R.Crim.P. 32 and Local Rule CR-32(b).

The parties agree that by waiving these limits, the following will apply:

(1) **DISCLOSING THE REPORT.** The probation officer must give the presentence report to the defendant, the defendant's attorney, and the attorney for the government at least **(24)** days before sentencing, excluding intermediate weekends and legal holidays. Delivery of an extra copy of the presentence report to the defendant's attorney constitutes giving the report to the defendant.

(2) **REVIEWING THE REPORT.** Within **(10)** days after the report is given, the attorney for the defendant must certify to the probation officer that the defendant has reviewed the presentence report and consulted with the attorney regarding the report.

(3) **OBJECTING TO THE REPORT.** Within **(10)** days after the presentence report is given, the parties must state in writing any objections to the report.

(4) **ACTING ON OBJECTIONS.** Within **(10)** days after receiving objections, the probation officer may meet with the parties to discus the objections, investigate further, and revise the presentence report as appropriate.

(5) **SUBMITTING THE REPORT.** At least **(4)** days before sentencing, the probation officer must submit the presentence report, any revision to the report, and any addendum to the Court and the parties.

DATE: 3-17-14

_____
Defendant

_____
Defendant's Attorney

_____
Assistant United States Attorney

APPROVED
DATE: 3/17/14

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE